[Cite as *State ex rel. Brooks v. Baker Ross*, 2023-Ohio-1349.]

| STATE OF OHIO | ) | | IN THE COURT OF APPEALS |
| | )ss: | | NINTH JUDICIAL DISTRICT |
| COUNTY OF SUMMIT | ) | | |

STATE EX REL. CARL C. BROOKS

    Relator

    v.

JUDGE SUSAN BAKER ROSS

    Respondent

C.A. No. 30519

ORIGINAL ACTION IN
PROCEDENDO

Dated: April 26, 2023

---

PER CURIAM.

{¶1}    Relator, Carl C. Brooks, has petitioned this Court for a writ of procedendo to compel Respondent, Judge Susan Baker Ross, to rule on his "Motion for New Trial and Jury Verdict Forms" pending in Mr. Brooks' underlying case. Judge Baker Ross has moved to dismiss the complaint as moot because she has ruled on the motion. Because Mr. Brooks' did not comply with the mandatory requirements of R.C. 2969.25, this Court must dismiss this action.

{¶2}    R.C. 2969.25 sets forth specific filing requirements for inmates who file a civil action against a government employee or entity. Judge Baker Ross is a government employee and Mr. Brooks, incarcerated in the Allen Correctional Institution, is an inmate. R.C. 2969.21(C) and (D). A case must be dismissed if an inmate fails to comply with the mandatory requirements of R.C. 2969.25 in the commencement of the action. *State ex rel. Graham v. Findlay Mun. Court*, 106 Ohio St.3d 63, 2005-Ohio-3671, ¶ 6 ("The requirements of R.C. 2969.25 are mandatory, and failure to comply with them subjects an inmate's action to dismissal.").

{¶3}    Mr. Brooks did not pay the cost deposit required by this Court's Local Rules. He also failed to comply with R.C. 2969.25(C), which sets forth specific requirements for an inmate who seeks to proceed without paying the cost deposit.  Mr. Brooks filed a motion to proceed without paying the cost deposit, but his affidavit was not notarized.  He also failed to file a statement of his prisoner trust account that sets forth the balance in his inmate account for each of the preceding six months, as certified by the institutional cashier.  R.C. 2969.25(C).

{¶4}    Because Mr. Brooks did not comply with the mandatory requirements of R.C. 2969.25, the case is dismissed.  Costs taxed to Mr. Brooks.

{¶5}    The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal.  *See* Civ.R. 58(B).

 

JENNIFER L. HENSAL
FOR THE COURT

CARR, J.
STEVENSON, J.
CONCUR.

APPEARANCES:

CARL C. BROOKS, Pro Se, Relator.

SHERRI BEVAN WALSH, Prosecuting Attorney, and MARRETT W. HANNA, Assistant Prosecuting Attorney, for Respondent.